UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION<br><br>       Plaintiff,<br><br>  v.<br><br>PETROS PAPPAS; MILENA MARIA PAPPAS; ROGER SCHMITZ; TOM SOFTELAND; SPYROS CAPRALOS; KOERT ERHERDT; RENEE KEMP; RAJATH SOURIE; EMILY STEPHENS; STELIOS ZAVVOS; OAKTREE VALUE OPPORTUNITIES FUND, L.P., OAKTREE OPPORTUNITIES FUND IX DELAWARE, L.P., OAKTREE CAPITAL MANAGEMENT, L.P., OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P., MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD., MONARCH CAPITAL MASTER PARTNERS II-A LP, MONARCH CAPITAL MASTER PARTNER II LP, MONARCH DEBT RECOVERY MASTER FUND LTD., MONARCH OPPORTUNITIES MASTER FUND LTD., P MONARCH RECOVERY LTD., STAR SYNERGY LLC; STAR OMAS LLC; OAKTREE CAPITAL MANAGEMENT LP; OAKTREE OBC HOLDINGS LLC; OAKTREE DRY BULK HOLDINGS LLC; MILLENNIA LLC; MILLENNIA HOLDINGS LLC; MIRABEL SHIPHOLDING & INVEST LIMITED; MIRACH SHIPPING COMPANY LIMITED; BLUESEA OCEANBULK SHIPPING LLC; HERON VENTURES LTD.; AND OCEANBULK CARRIERS LLC,<br><br>       Defendants,<br><br>  -and-<br><br>STAR BULK CARRIERS CORP.,<br><br>       Nominal Defendant. | Case No. 14-cv-9356 (AT)<br><br>NOTICE OF APPEARANCE |

-2-

PLEASE TAKE NOTICE that the undersigned, a member of the law firm of Willkie Farr & Gallagher LLP, is hereby entering an appearance as counsel of record for Defendants Monarch Alternative Capital LP, Monarch Alternative Solutions Master Fund Ltd., Monarch Capital Master Partners II-A LP, Monarch Capital Master Partners II LP, Monarch Debt Recovery Master Fund Ltd., Monarch Opportunities Master Fund Ltd., P Monarch Recovery Ltd., and Roger Schmitz.

December 18, 2014                                             Respectfully submitted,


                                                              /s/ Tariq Mundiya
                                                              Tariq Mundiya
                                                              WILLKIE FARR & GALLAGHER LLP
                                                              787 Seventh Avenue
                                                              New York, NY 10019-6099
                                                              Telephone: (212) 728-8000
                                                              tmundiya@willkie.com

                                                              *Attorney for Defendants*
                                                              *Monarch Alternative Capital LP, Monarch*
                                                              *Alternative Solutions Master Fund Ltd.,*
                                                              *Monarch Capital Master Partners II-A LP,*
                                                              *Monarch Capital Master Partner II LP,*
                                                              *Monarch Debt Recovery Master Fund Ltd.,*
                                                              *Monarch Opportunities Master Fund Ltd., P*
                                                              *Monarch Recovery, Ltd., and Roger Schmitz*