UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PETROS PAPPAS; MILENA MARIA PAPPAS; ROGER SCHMITZ; TOM SOFTELAND; SPYROS CAPRALOS; KOERT ERHERDT; RENEE KEMP; RAJATH SOURIE; EMILY STEPHENS; STELIOS ZAVVOS; OAKTREE VALUE OPPORTUNITIES FUND, L.P., OAKTREE OPPORTUNITIES FUND IX DELAWARE, L.P., OAKTREE CAPITAL MANAGEMENT, L.P., OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P., MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD., MONARCH CAPITAL MASTER PARTNERS II-A LP, MONARCH CAPITAL MASTER PARTNER II LP, MONARCH DEBT RECOVERY MASTER FUND LTD., MONARCH OPPORTUNITIES MASTER FUND LTD., P MONARCH RECOVERY LTD., STAR SYNERGY LLC; STAR OMAS LLC; OAKTREE CAPITAL MANAGEMENT LP; OAKTREE OBC HOLDINGS LLC; OAKTREE DRY BULK HOLDINGS LLC; MILLENNIA LLC; MILLENNIA HOLDINGS LLC; MIRABEL SHIPHOLDINGS & INVEST LIMITED; MIRACH SHIPPING COMPANY LIMITED; BLUESEA OCEANBULK SHIPPING LLC; HERON VENTURES LTD.; AND OCEANBULK CARRIERS LLC,<br><br>　　　　　　　　　Defendants,<br><br>　-and-<br><br>STAR BULK CARRIERS CORP.,<br><br>　　　　　　　　　Nominal Defendant. | Case No.　14-cv-9356 (AT)<br><br>RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Monarch Alternative Capital LP, Monarch Alternative Solutions Master Fund Limited, Monarch Capital Master Partners II-A L.P., Monarch Capital Master Partner II L.P., Monarch Debt Recovery Master Fund Limited, Monarch Opportunities Master Fund Limited, and P Monarch Recovery Limited, (private non-governmental parties) certifies that the Defendants have no parent corporation and no publicly held corporation owns 10% or more of any of the Defendants' interests.

December 18, 2014

By: /s/ Tariq Mundiya
Tariq Mundiya
Matthew W. Edwards
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099
Telephone: (212) 728-8000
tmundiya@willkie.com
medwards@willkie.com

*Attorneys for Defendants
Monarch Alternative Capital LP, Monarch Alternative Solutions Master Fund Ltd., Monarch Capital Master Partners II-A LP, Monarch Capital Master Partner II LP, Monarch Debt Recovery Master Fund Ltd., Monarch Opportunities Master Fund Ltd., P Monarch Recovery, Ltd., and Roger Schmitz*