UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>                Plaintiff,<br><br>                   v.<br><br>PETROS PAPPAS; MILENA MARIA PAPPAS; ROGER SCHMITZ; TOM SOFTELAND; SPYROS CAPRALOS; KOERT ERHERDT; RENEE KEMP; RAJATH SOURIE; EMILY STEPHENS; STELIOS ZAVVOS; OAKTREE VALUE OPPORTUNITIES FUND, L.P., OAKTREE OPPORTUNITIES FUND IX DELAWARE, L.P., OAKTREE CAPITAL MANAGEMENT, L.P., OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P., MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD., MONARCH CAPITAL MASTER PARTNERS II-A LP, MONARCH CAPITAL MASTER PARTNER II LP, MONARCH DEBT RECOVERY MASTER FUND LTD., MONARCH OPPORTUNITIES MASTER FUND LTD., P MONARCH RECOVERY LTD., STAR SYNERGY LLC; STAR OMAS LLC; OAKTREE CAPITAL MANAGEMENT LP; OAKTREE OBC HOLDINGS LLC; OAKTREE DRY BULK HOLDINGS LLC; MILLENNIA LLC; MILLENNIA HOLDINGS LLC; MIRABEL SHIPHOLDING & INVEST LIMITED; MIRACH SHIPPING COMPANY LIMITED; BLUESEA OCEANBULK SHIPPING LLC; HERON VENTURES LTD.; and OCEANBULK CARRIERS LLC,<br><br>                Defendants.<br><br>       -and-<br><br>STAR BULK CARRIERS CORP.,<br><br>                Nominal Defendant | No. 14 Civ. 09356-AT<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Nominal Defendant Star Bulk Carriers Corp. and Defendants Star Synergy LLC, Star Omas LLC, Oceanbulk Carriers LLC, Millenia Limited Liability Company, Millenia Holdings LLC, Mirabel Shipholding & Invest Limited, Mirach Shipping Company Limited and Heron Ventures Ltd. (the "Entity Defendants"), and Defendants Petros Pappas, Milena Maria Pappas, Tom Softeland, Spyros Capralos, Koert Erhardt (identified in the caption as "Koert Erherdt"), and Stelios Zavvos (the "Individual Defendants") in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives any right to seek dismissal on any grounds of any of the Individual Defendants or Entity Defendants, including but not limited to lack of personal jurisdiction over any of the Individual and Entity Defendants, insufficient service of process, improper venue, lack of subject matter jurisdiction, or any other rights, claims, actions, defenses, setoffs, or recoupments to which Individual and Entity Defendants are or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
January 16, 2015

SEWARD & KISSEL LLP

By: /s/ Bruce G. Paulsen
Bruce G. Paulsen
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorney for Star Bulk Carriers Corp., Star Synergy LLC, Star Omas LLC, Oceanbulk Carriers LLC, Millenia Limited Liability Company, Millenia Holdings LLC, Mirabel Shipholding & Invest*

*Limited, Mirach Shipping Company Limited, Heron Ventures Ltd., Petros Pappas, Milena Maria Pappas, Tom Softeland, Spyros Capralos, Koert Erhardt, Stelios Zavvos*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2015, I electronically filed a true and correct copy of the foregoing by using the Court's CM/ECF system. I further certify that I electronically served the foregoing document on the following CM/ECF participant:

| | |
|---|---|
| Andrew J. Ehrlich<br>Gregory Laufer<br>Paul, Weiss, Rifkin, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 100019<br>(212) 373-3000 | Tariq Mundiya<br>Frank Scaduto<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue,<br>New York, New York 10019<br>(212) 728-8000 |
| Mark C. Rifkin<br>Benjamin Y. Kaufman<br>Lydia Keaney Reynolds<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, New York 10016<br>Tel: (212) 545-4600<br>Fax: (212) 545-4653 | |

                    /s/ Bruce G. Paulsen
                     Bruce G. Paulsen