UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,

Plaintiff,

v.

PETROS PAPPAS; MILENA MARIA PAPPAS; ROGER SCHMITZ; TOM SOFTELAND; SPYROS CAPRALOS; KOERT ERHERDT; RENEE KEMP; RAJATH SOURIE; EMILY STEPHENS; STELIOS ZAVVOS; OAKTREE VALUE OPPORTUNITIES FUND, L.P., OAKTREE OPPORTUNITIES FUND IX DELAWARE, L.P., OAKTREE CAPITAL MANAGEMENT, L.P., OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P., MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD., MONARCH CAPITAL MASTER PARTNERS II-A LP, MONARCH CAPITAL MASTER PARTNER II LP, MONARCH DEBT RECOVERY MASTER FUND LTD., MONARCH OPPORTUNITIES MASTER FUND LTD., P MONARCH RECOVERY LTD., STAR SYNERGY LLC; STAR OMAS LLC; OAKTREE CAPITAL MANAGEMENT LP; OAKTREE OBC HOLDINGS LLC; OAKTREE DRY BULK HOLDINGS LLC; MILLENNIA LLC; MILLENNIA HOLDINGS LLC; MIRABEL SHIPHOLDING & INVEST LIMITED; MIRACH SHIPPING COMPANY LIMITED; BLUESEA OCEANBULK SHIPPING LLC; HERON VENTURES LTD.; and OCEANBULK CARRIERS LLC,

Defendants.

-and-

STAR BULK CARRIERS CORP.,

Nominal Defendant

No. 14 Civ. 09356-AT

**RULE 7.1 STATEMENT**

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Star Bulk Carriers Corporation, a non-governmental corporate party, by its undersigned counsel, hereby states as follows: Star Bulk Carriers Corp. is a publicly held corporation. No publicly held corporation owns 10 percent or more of Star Bulk Carriers Corp.

Defendants Star Synergy LLC, Star Omas LLC, and Oceanbulk Carriers LLC, by their undersigned counsel, hereby state that their ultimate parent corporation is Star Bulk Carriers Corp.

Defendants Mirabel Shipholding & Invest Limited, Mirach Shipping Company Limited and Millenia Holdings LLC, by their undersigned counsel, hereby state that they have no parent corporation and no publicly held corporation owns more than 10% of their stock.

Defendant Millennia Limited Liability Company, by their undersigned counsel, hereby states that it no longer has a separate corporate existence, and accordingly no publicly held corporation owns ten percent or more of the stock of Millennia Limited Liability Company.

Defendant Heron Ventures Ltd., by its undersigned counsel, hereby states that its parent corporations are Star Bulk Carriers Corp. and ABY Group Holding Limited.

Dated: New York, New York

January 16, 2015

SEWARD & KISSEL LLP

By: /s/ Bruce G. Paulsen
Bruce G. Paulsen
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorney for Star Bulk Carriers Corp., Star Synergy LLC, Star Omas LLC, Oceanbulk Carriers LLC, Millenia Limited Liability*

*Company, Millenia Holdings LLC, Mirabel Shipholding & Invest Limited, Mirach Shipping Company Limited, Heron Ventures Ltd., Petros Pappas, Milena Maria Pappas, Tom Softeland, Spyros Capralos, Koert Erhardt, Stelios Zavvos*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2015, I electronically filed a true and correct copy of the foregoing by using the Court's CM/ECF system. I further certify that I electronically served the foregoing document on the following CM/ECF participant:

| | |
|---|---|
| Andrew J. Ehrlich<br>Gregory Laufer<br>Paul, Weiss, Rifkin, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 100019<br>(212) 373-3000 | Tariq Mundiya<br>Frank Scaduto<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue,<br>New York, New York 10019<br>(212) 728-8000 |
| Mark C. Rifkin<br>Benjamin Y. Kaufman<br>Lydia Keaney Reynolds<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, New York 10016<br>Tel: (212) 545-4600<br>Fax: (212) 55-4653 | Larry R. Veselka<br>Tyler G. Doyle<br>Hector R. Chavez<br>Smyser Kaplan & Veselka, L.L.P.<br>700 Louisiana Street, Suite 2300<br>Tel: (713) 221-2356<br>Fax: (713) 221-2320 |

/s/ Bruce G. Paulsen
Bruce G. Paulsen

SK 25767 0008 6329653