SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,

        Plaintiff(s),                                      Index No. 653237/2014

  -against-                                         AFFIDAVIT OF SERVICE

PETROS PAPPAS, et al.,

        Defendant(s).
------------------------------------------------------------------X
STATE OF CALIFORNIA    )
                                   S.S.:
COUNTY OF LOS ANGELES)

        MARIO LOPEZ, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 14th day of January, 2015, at approximately 4:05 PM, deponent served a true copy of the Summons, Shareholder Derivative Complaint, and Notice of Commencement of Action Subject to Mandatory Electronic Filing upon RAJATH SOURIE c/o Oaktree Global Headquarters, Oaktree Capital Management, L.P. at 333 South Grand Avenue, 28th Floor, Los Angeles, California, by personally delivering and leaving the same with Michael Woznica, Partner, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if RAJATH SOURIE is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

        Michael Woznica is a white male, approximately 50 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 170 pounds with brown hair.

        That on the 14th day of January, 2015, deponent served another copy of the foregoing upon RAJATH SOURIE by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not

indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, State of California, addressed as follows:

RAJATH SOURIE
**c/o Oaktree Global Headquarters**
Oaktree Capital Management, L.P.
333 South Grand Ave., 28th Floor
Los Angeles, California 90071

_____
MARIO LOPEZ

Subscribed and sworn to before me this 15 day of January, 2015 by Mario Lopez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
NOTARY PUBLIC

SERGIO GARCIA
COMM. #2091015
Notary Public · California
Los Angeles County
My Comm. Expires Dec. 20, 2018