SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,

        Plaintiff(s),                          Index No. 653237/2014

  -against-                                  AFFIDAVIT OF SERVICE

PETROS PAPPAS, et al.,

        Defendant(s).
-------------------------------------------------------------------X
STATE OF CALIFORNIA     )
                         S.S.:
COUNTY OF LOS ANGELES)

        SERGIO GARCIA, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 10th day of November, 2014, at approximately 9:36 AM, deponent served a true copy of the Summons, Shareholder Derivative Complaint, and Notice of Commencement of Action Subject to Mandatory Electronic Filing upon **OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P.** at 333 S. Grand Avenue, 28th Floor, Los Angeles, California, by personally delivering and leaving the same with Michael Woznica, Paralegal, who informed deponent that he  is an agent authorized by appointment to receive service at that address.

        Michael Woznica is a white male, approximately 50 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 170 pounds with black hair.

_____
SERGIO GARCIA

Subscribed and sworn to before me this 13th day
of November, 2014 by Sergio Garcia proved to
me on the bases of satisfactory evidence to be the
person who appeared before me.

_____
NOTARY PUBLIC

ALAN h. UEHARA
Commission # 1977822
Notary Public - California
Los Angeles County
My Comm. Expires Jun 7, 2016