SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,

       Plaintiff(s),                              Index No. 653237/2014

    -against-                                AFFIDAVIT OF SERVICE

PETROS PAPPAS, et al.,

       Defendant(s).
-------------------------------------------------------------------X
STATE OF NEW YORK   )
                                   S.S.:
COUNTY OF ALBANY )

       CAITLYN CAWLEY, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

       That on the 6th day of November, 2014, at approximately 1:00 PM, deponent served a true copy of the Summons, Shareholder Derivative Complaint, and Notice of Commencement of Action Subject to Mandatory Electronic Filing upon OAKTREE CAPITAL MANAGEMENT, L.P. c/o Corporation Service Company at 80 State Street, Albany, New York, by personally delivering and leaving the same with Maureen Cogan, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

       Maureen Cogan is a white female, approximately 45 years of age, stands approximately 5 feet 5 inches tall, and weighs approximately 175 pounds with blonde hair.

_____
CAITLYN CAWLEY

Sworn to before me this
20th day of November, 2014

_____
NOTARY PUBLIC

HILARY TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 20__

---