```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

F5 CAPITAL, A CAYMAN ISLANDS
CORPORATION,

      Plaintiff,

  -against-

PETROS PAPPAS; MILENA MARIA PAPPAS;
ROGER SCHMITZ; TOM SOFTELAND;
SPYROS CAPRALOS; KOERT ERHERDT;
RENEE KEMP; RAJATH SOURIE; EMILY
STEPHENS; STELIOS ZAVVOS; OAKTREE
VALUE OPPORTUNITIES FUND, L.P.,
OAKTREE OPPORTUNITIES FUND IX
DELAWARE, L.P., OAKTREE CAPITAL
MANAGEMENT, L.P., OAKTREE
OPPORTUNITIES FUND IX (PARALLEL 2),
L.P., MONARCH ALTERNATIVE
SOLUTIONS MASTER FUND LTD.,
MONARCH CAPITAL MASTER PARTNERS
II-A LP, MONARCH CAPITAL MASTER
PARTNER II LP, MONARCH DEBT
RECOVERY MASTER FUND LTD.,
MONARCH OPPORTUNITIES MASTER
FUND LTD., P MONARCH RECOVERY LTD.,
STAR SYNERGY LLC; STAR OMAS LLC;
OAKTREE CAPITAL MANAGEMENT LP;
OAKTREE OBC HOLDINGS LLC; OAKTREE
DRY BULK HOLDINGS LLC; MILLENNIA
LLC; MILLENNIA HOLDINGS LLC;
MIRABEL SHIPHOLDING & INVEST
LIMITED; MIRACH SHIPPING COMPANY
LIMITED; BLUESEA OCEANBULK
SHIPPING LLC; HERON VENTURES LTD.;
and OCEANBULK CARRIERS LLC,

      Defendants.

  -and-

STAR BULK CARRIERS CORP.,

      Nominal
Defendant

14 Civ. 09356 (AT)(MHD)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' letters dated January 16, 26, and 29, 2015, it is ORDERED that:

1. Defendants' request for a pre-motion conference in connection with their anticipated motions to dismiss is DENIED;

2. Defendants shall file their motions by **March 4, 2015**;

3. Plaintiff shall file its opposition by **March 18, 2015**;

4. Defendants shall reply by **March 25, 2015**;

5. Plaintiff's unopposed request to amend the caption of the complaint to name Bluesea Invest and Holding Limited[1] and Monarch Alternative Capital LP as Defendants is GRANTED;

6. The initial pretrial conference shall take place as scheduled on **February 5, 2015**, at **4:15 p.m.**

The Clerk of Court is directed to amend the caption by adding the following entities as Defendants: "Bluesea Invest and Holding Limited" and "Monarch Alternative Capital LP." The Clerk of Court is directed to remove "Bluesea Oceanbulk Shipping LLC" from the caption.

SO ORDERED.

Dated: February 4, 2015
New York, New York

ANALISA TORRES
United States District Judge

---

[1] By letter dated January 26, 2015, Plaintiff explains that it "intended to name Bluesea Invest and Holding Limited, not Bluesea Oceanbulk Shipping LLC."

2