# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

BENJAMIN Y. KAUFMAN
DIRECT DIAL: 212-545-4650
FACSIMILE: 212-686-0114
kaufman@whafh.com

February 6, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/15

**Via ECF and Email**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *F5 Capital* v. *Pappas et al*, No. 1:14-cv-09356-AT

Dear Judge Torres:

I am one of Plaintiff's counsel in the above-referenced matter. Pursuant to Your Honor's instruction at yesterday's status conference, we respectfully submit this letter seeking a modification of the briefing schedule for Defendants' motions to dismiss set forth in the Court's Order dated February 4, 2015. I have been authorized by counsel for all the parties to report that the parties have agreed upon the following schedule for briefing the motions to dismiss: (i) Defendants shall file their motions on March 4, 2015; (ii) Plaintiff's responses to the motions will be due on April 17, 2015; and (iii) Defendants' replies will be due on May 8, 2015.

Counsel for all the parties are available should Your Honor have any questions.

Thank you for Your Honor's kind consideration.

Respectfully yours,

Benjamin Y. Kaufman

cc:   All Counsel (via ECF and email)

GRANTED. Defendants shall file their motions by **March 4, 2015**. Plaintiff shall file its opposition by **April 17, 2015**. Defendants shall reply by **May 8, 2015**.

SO ORDERED.

Dated: February 6, 2015
       New York, New York

ANALISA TORRES
United States District Judge