SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X
F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,

        Plaintiff(s),

-against-

PETROS PAPPAS, et al.,

        Defendant(s).
----------------------------------------------------------------X

Index No. 653237/2014

AFFIDAVIT OF SERVICE

USDC SDNY  14 CV 9356 (AT)

STATE OF NEW YORK  )
                          S.S.:
COUNTY OF NEW YORK)

      OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 9th day of February, 2015, at approximately 12:38 PM, deponent served a true copy of the Summons and Shareholder Derivative Complaint upon Bluesea Invest & Holding Limited. c/o Star Bulk (USA) LLC at 21 E 37th Street, Garden Floor, New York, New York, by personally delivering and leaving the same with Kira Bucca, Office Manager, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Kira Bucca is a white female, approximately 26 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with brown hair and glasses.

_____
OTIS OSBORNE #870139

Sworn to before me this
10th day of February, 2015

_____
NOTARY PUBLIC

                          EVAN COHAN
            NOTARY PUBLIC & ATTORNEY AT LAW
                    NO. 02CO4998577
               QUALIFIED IN ROCKLAND COUNTY
         CERTIFICATE FILED IN NEW YORK COUNTY
          COMMISSION EXPIRES JUNE 29, 2018