SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------X
F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,

        Plaintiff(s),                              Index No. 653237/2014

  -against-                                  AFFIDAVIT OF SERVICE

PETROS PAPPAS, et al.,               USDC SDNY  14 CV 9356 (AT)

        Defendant(s).
--------------------------------------------------------------------X
STATE OF NEW YORK   )
                            S.S.:
COUNTY OF NEW YORK)

      RICARDO DELPRATT, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 9th day of February, 2015, at approximately 4:22 PM, deponent served a true copy of the Summons and Shareholder Derivative Complaint upon Monarch Alternative Capital LP at 535 Madison Avenue, New York, New York, by personally delivering and leaving the same with Brooke Helmer, Secretary, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Brooke Helmer is a white female, approximately 28 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 160 pounds with brown hair.

_____
RICARDO DELPRATT #2008560

Sworn to before me this
10th day of February, 2015

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

Metro Attorney Service Inc. 305 Broadway 9th Floor New York New York 10007 212.822.1421 NYC DCA# 1320502