UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>    Plaintiff,<br><br>  -against-<br><br>PETROS PAPPAS, et al.,<br><br>    Defendants,<br><br>  -and-<br><br>STAR BULK CARRIERS CORP.,<br><br>    Nominal Defendant. | No. 14 Civ. 09356 (AT)<br><br>**AMENDED RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mirach Shipping Company Limited, by its undersigned counsel, hereby states that its ultimate parent corporation is Mirabel Shipholding & Invest Limited.

Dated: New York, New York
   March 4, 2015

                 SEWARD & KISSEL LLP

                 By: /s Bruce G. Paulsen
                 Bruce G. Paulsen
                 One Battery Park Plaza
                 New York, New York 10004
                 (212) 574-1200
                 *Attorney for Defendant Mirach Shipping Company Limited*

SK 25767 0008 6400722