UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

F5 CAPITAL, A CAYMAN ISLANDS
CORPORATION,

              Plaintiff,

       -against-

PETROS PAPPAS, et al.,

              Defendants,

       -and-

STAR BULK CARRIERS CORP.,

              Nominal Defendant.

No. 14 Civ. 09356 (AT)

**<u>AMENDED RULE 7.1
STATEMENT</u>**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Mirabel Shipholding & Invest Limited and Millenia Holdings LLC, by their undersigned counsel, hereby state that they have no parent corporation and no publicly held corporation owns more than 10% of their stock.

      Defendant Millennia Limited Liability Company, by its undersigned counsel, hereby states that it no longer has a separate corporate existence, and accordingly no publicly held corporation owns ten percent or more of the stock of Millennia Limited Liability Company.

Dated: New York, New York
     March 4, 2015

               SEWARD & KISSEL LLP

               By:  /s Bruce G. Paulsen
               Bruce G. Paulsen
               One Battery Park Plaza
               New York, New York 10004
               (212) 574-1200
               *Attorneys for Millenia Holdings LLC and
               Mirabel Shipholding & Invest Limited*