UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>    Plaintiff,<br><br>  -against-<br><br>PETROS PAPPAS, et al.,<br><br>    Defendants,<br><br>  -and-<br><br>STAR BULK CARRIERS CORP.,<br><br>    Nominal Defendant. | No. 14 Civ. 09356 (AT)<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bluesea Invest and Holding Ltd., by its undersigned counsel, hereby states that its ultimate parent corporation is Mirabel Shipholding & Invest Limited.

Dated: New York, New York
    March 4, 2015

                     SEWARD & KISSEL LLP

                     By: /s Bruce G. Paulsen
                     Bruce G. Paulsen
                     One Battery Park Plaza
                     New York, New York 10004
                     (212) 574-1200
                     *Attorneys for Defendant Bluesea Invest and Holding Limited*

SK 25767 0008 6398028