# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

March 4, 2015

**BY ECF AND EMAIL**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     Request for Oral Argument on Motion to Dismiss in *F5 Capital v. Pappas et al.*,
        No. 1:14-cv-09356-AT

Dear Judge Torres:

     Pursuant to Section III.I of the Court's Individual Practices in Civil Cases, Defendants Monarch Alternative Capital LP, Monarch Alternative Solutions Master Fund Ltd, Monarch Capital Master Partners II-A LP, Monarch Capital Master Partners II LP, Monarch Debt Recovery Master Fund Ltd, Monarch Opportunities Master Fund Ltd, and P Monarch Recovery Ltd. (collectively, "Monarch") respectfully request oral argument on their Motion to Dismiss Plaintiff's Second and Fourth Causes of Action, which is being electronically filed today.

Respectfully submitted,


/s/ Tariq Mundiya

Tariq Mundiya
Matthew W. Edwards
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
tmundiya@willkie.com
medwards@willkie.com

MWE


cc:     All counsel (by ECF and email)