UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,

          Plaintiff,

-against-

PETROS PAPPAS, et al.,

          Defendants,

-and-

STAR BULK CARRIERS CORP.,

         Nominal Defendant.

No. 14 Civ. 9356 (AT)

## DECLARATION OF SPYROS CAPRALOS

I, SPYROS CAPRALOS, declare the following:

1. I am an individual defendant in this action and the Chairman and former Chief Executive Officer of Nominal Defendant Star Bulk Carriers Corp. ("Star Bulk") and my office is located in Greece. I make this Declaration in support of Certain Defendants' Additional Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Insufficient Service of Process. I have personal knowledge of the facts stated in this Declaration.

2. I am not a citizen or domiciliary of the State of New York.

3. My country of domicile is Greece.

4. I have not designated an agent for service of process in the State of New York, and was not personally served with the Summons and Complaint in New York.

5. I did not authorize any employee of Star Bulk (USA) LLC's New York office to accept service of process on my behalf. I am not employed by and do not have any ownership or operating interest in Star Bulk (USA) LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6 day of February, 2015.

_____
Spyros Capralos

SK 25767 0008 6396271