UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>          Plaintiff,<br><br>-against-<br><br>PETROS PAPPAS, et al.,<br><br>          Defendants,<br><br>-and-<br><br>STAR BULK CARRIERS CORP.,<br><br>          Nominal Defendant. | No. 14 Civ. 9356 (AT) |

## **DECLARATION OF KOERT ERHARDT**

I, KOERT ERHARDT, declare the following:

1. I am an individual defendant in this action and a Director of Nominal Defendant Star Bulk Carriers Corp. ("Star Bulk"). I make this Declaration in support of Certain Defendants' Additional Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Insufficient Service of Process. I have personal knowledge of the facts stated in this Declaration.

2. I am not a domiciliary of the State of New York.

3. My country of domicile is the Principality of Monaco.

4. I am serving as an Independent Director for Star Bulk Carrier Corp.

5. I have not designated an agent for service of process in the State of New York, and was not personally served with the Summons and Complaint in New York.

6. I did not authorize any employee of Star Bulk (USA) LLC's New York office to accept service of process on my behalf. I am not employed by and do not have any ownership or operating interest in Star Bulk (USA) LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of March, 2015.

_____
Koert Erhardt

SK 25767 0008 6396275