UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>PETROS PAPPAS, et al.,<br><br>Defendants,<br><br>-and-<br><br>STAR BULK CARRIERS CORP.,<br><br>Nominal Defendant. | No. 14 Civ. 9356 (AT) |

## DECLARATION OF STELIOS ZAVVOS

I, STELIOS ZAVVOS, declare the following:

1.      I am an individual defendant in this action and a Director of Nominal Defendant Star Bulk Carriers Corp. ("Star Bulk").  I make this Declaration in support of Certain Defendants' Additional Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Insufficient Service of Process.  I have personal knowledge of the facts stated in this Declaration.

2.      I am the Founder and Chief Executive Officer of Zeus Private Equity Group and my office is located in Greece.

3.      I have not designated an agent for service of process in the State of New York, and was not personally served with the Summons and Complaint in New York.

4.      I did not authorize any employee of Star Bulk (USA) LLC's New York office to accept service of process on my behalf.  I am not employed by and do not have any ownership or operating interest in Star Bulk (USA) LLC.

5.      I joined the Star Bulk board of directors on or about July 11, 2014.  I was not a member of the Star Bulk board of directors when the Oceanbulk Merger (as defined in the Complaint) was authorized by the board, approved by Star Bulk's shareholders or closed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4 day of March, 2015.

_____
Stelios Zavvos

SK 25767 0008 6396278