UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>                              Plaintiff,<br><br>-against-<br><br>PETROS PAPPAS, et al.,<br><br>                              Defendants,<br><br>-and-<br><br>STAR BULK CARRIERS CORP.,<br><br>                              Nominal Defendant. | No. 14 Civ. 9356 (AT) |

## DECLARATION OF GEORGIA MASTAGAKI

I, GEORGIA MASTAGAKI, declare the following:

1. I am Co-General Counsel and Co Secretary of Star Bulk Carriers Corp. I make this Declaration in support of Certain Defendants' Additional Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Insufficient Service of Process. I have personal knowledge of the facts stated in this Declaration.

2. Defendants Star Synergy LLC, Star Omas LLC, Oceanbulk Carriers LLC are all direct or indirect wholly owned subsidiaries of Star Bulk Carriers Corp. Defendant Millennia Limited Liability Company no longer has a separate corporate existence. Defendant Heron Ventures Limited's parent corporations are Star Bulk Carriers Corp. and ABY Group Holding Limited of Malta.

3. Star Synergy LLC and Star Omas LLC are limited liability companies incorporated in the Republic of the Marshall Islands with their principal place of business and

registered office in the Republic of the Marshall Islands. Oceanbulk Carriers LLC is an international shipping company formed under the laws of the Republic of the Marshall Islands with its principal place of business and registered office in the Republic of the Marshall Islands. Heron Ventures Limited is a Maltese private limited liability company with its principal place of business and registered office in Malta.

4. Star Synergy LLC, Star Omas LLC, Oceanbulk Carriers LLC, Heron Ventures Limited, and Millennia Limited Liability Company do not and did not maintain offices or places of business in the State of New York.

5. Star Synergy LLC, Star Omas LLC, Oceanbulk Carriers LLC, Heron Ventures Limited, and Millennia Limited Liability Company have not designated an agent for service of process in the State of New York, and were not directly served with the Summons and Complaint.

6. Star Bulk (USA) LLC is a wholly owned indirect subsidiary of Star Bulk Carriers Corp.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of March, 2015.

_____
Georgia Mastagaki

SK 25767 0008 6396841