UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>                                              Plaintiff,<br><br>-against-<br><br>PETROS PAPPAS, et al.,<br><br>                                              Defendants,<br><br>-and-<br><br>STAR BULK CARRIERS CORP.,<br><br>                                              Nominal Defendant. | No. 14 Civ. 9356 (AT) |

## DECLARATION OF STAVVI KANARIS

I, STAVVI KANARIS, declare the following:

1. I am a Director of Mirach Shipping Company Limited and I make this Declaration in support of Certain Defendants' Additional Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Insufficient Service of Process. I have personal knowledge of the facts stated in this Declaration.

2. Mirach Shipping Company Limited is a company limited by shares incorporated in the British Virgin Islands with its principal place of business and registered office in the British Virgin Islands.

3. Mirach Shipping Company Limited does not maintain an office or place of business in the State of New York.

4. Mirach Shipping Company Limited has not designated an agent for service of process in the State of New York, and was not directly served with the Summons and Complaint.



Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of March, 2015.

_____
Stavvi Kanaris

SK 25767 0008 6396823