UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>         Plaintiff,<br><br>-against-<br><br>PETROS PAPPAS, et al.,<br><br>         Defendants,<br><br>-and-<br><br>STAR BULK CARRIERS CORP.,<br><br>         Nominal Defendant. | No. 14 Civ. 9356 (AT) |

## DECLARATION OF SOUZANA MANAKA

I, SOUZANA MANAKA, declare the following:

1. I am an authorized signatory of Millennia Holdings LLC and I make this Declaration in support of Certain Defendants' Additional Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Insufficient Service of Process. I have personal knowledge of the facts stated in this Declaration.

2. Millennia Holdings LLC is a limited liability company incorporated in the Republic of the Marshall Islands with its principal place of business and registered office in the Republic of the Marshall Islands.

3. Millennia Holdings LLC does not maintain an office or place of business in the State of New York.

4. Millennia Holdings LLC has not designated an agent for service of process in the State of New York, and was not directly served with the Summons and Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of February, 2015.

_____
Souzana Manaka

2