UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>                                   Plaintiff,<br><br>          -against-<br><br>PETROS PAPPAS, et al.,<br><br>                                   Defendants,<br><br>          -and-<br><br>STAR BULK CARRIERS CORP.,<br><br>                                   Nominal Defendant. | No. 14 Civ. 9356 (AT)<br><br>**Oral Argument Requested** |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Gregory F. Laufer, the exhibits annexed thereto, and all pleadings and papers in this action, the Defendants will move this Court for an Order, pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), 12(b)(6), and 23.1, dismissing the claims asserted against the Defendants in the above-captioned action and granting such other relief as the Court deems just and proper.

This motion will be heard at a date and time to be scheduled by the Court.

Dated: March 4, 2015
New York, New York

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: ___/s/  Andrew J. Ehrlich_____
    Andrew J. Ehrlich
    Gregory F. Laufer
    Amy J. Beaux

1285 Avenue of the Americas
New York, New York 10019-6064
Tel. (212) 373-3000
Fax (212) 757-3990
aehrlich@paulweiss.com
glaufer@paulweiss.com
abeaux@paulweiss.com

*Attorneys for Defendants Oaktree Value Opportunities Fund, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Capital Management, L.P., Oaktree Opportunities Fund IX Delaware, L.P., Oaktree OBC Holdings LLC, Oaktree Dry Bulk Holdings LLC, Renée Kemp, Rajath Sourie, and Emily Stephens*

**SEWARD & KISSEL LLP**
Bruce G. Paulsen, Esq.
Jeffrey M. Dine, Esq.
Julia K. Tebor, Esq.
Michael B. Weitman, Esq.

One Battery Park Plaza
New York, NY 10004
Tel. (212) 574-1200
Fax (212) 480-8421
paulsen@sewkis.com
dine@sewkis.com
tebor@sewkis.com
weitman@sewkis.com

*Attorneys for Defendants Star Synergy LLC, Star Omas LLC, Bluesea Invest and Holding Ltd., Oceanbulk Carriers LLC, Millenia Limited Liability Company, Millenia Holdings LLC, Mirabel Shipholding & Invest Limited, Mirach Shipping Company Limited, Heron Ventures Ltd., Petros Pappas, Milena Maria Pappas, Tom Softeland, Spyros Capralos, Koert Erhardt, Stelios Zavvos, and nominal defendant Star Bulk Carriers Corporation*

**WILLKIE FARR & GALLAGHER LLP**
Tariq Mundiya
Matthew W. Edwards

787 Seventh Avenue
New York, NY 10019
Tel. (212) 728-8000
Fax (212) 728-8111
tmundiya@willkie.com
medwards@willkie.com

*Attorneys for Defendants Monarch Alternative Capital LP, Monarch Alternative Solutions Master Fund Limited, Monarch Capital Master Partners II-A L.P., Monarch Capital Master Partner II L.P., Monarch Debt Recovery Master Fund Limited, Monarch Opportunities Master Fund Limited, P Monarch Recovery Limited, and Roger Schmitz*