# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

BRUCE G. PAULSEN
PARTNER
(212) 574-1533
paulsen@sewkis.com

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

March 4, 2015

**VIA ECF AND EMAIL**

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    Request for Oral Argument on Motion to Dismiss in *F5 Capital v. Pappas et al.*, No. 1:14-cv-09356-AT

Dear Judge Torres:

    Pursuant to Section III.I of the Court's Individual Practices in Civil Cases, Defendants Petros Pappas, Milena Maria Pappas, Tom Softeland, Spyros Capralos, Koert Erhardt, Stelios Zavvos, Star Synergy LLC, Star Omas LLC, Oceanbulk Carriers LLC, Millenia Limited Liability Company, Millenia Holdings, LLC, Mirabel Shipholding & Invest Limited, Mirach Shipping Company Limited, Bluesea Invest and Holding Limited, and Heron Ventures Ltd. respectfully request oral argument on Certain Defendants' Additional Motion to Dismiss (ECF #49), electronically filed today.

    Respectfully submitted,

    /s Bruce G. Paulsen
    Bruce G. Paulsen
    One Battery Park Plaza
    New York, New York 10004
    (212) 574-1200

cc:    All counsel (by ECF and email)

SK 25767 0008 6404538