UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>                              Plaintiff,<br><br>-against-<br><br>PETROS PAPPAS, et al.,<br><br>                              Defendants,<br><br>-and-<br><br>STAR BULK CARRIERS CORP.,<br><br>                              Nominal Defendant. | No. 14 Civ. 9356 (AT) |

**DECLARATION OF GREGORY F. LAUFER IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

GREGORY F. LAUFER declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am admitted to practice before this Court and am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, counsel for Defendants Oaktree Value Opportunities Fund, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Capital Management, L.P., Oaktree Opportunities Fund IX Delaware, L.P., Oaktree OBC Holdings LLC, Oaktree Dry Bulk Holdings LLC, Renée Kemp, Rajath Sourie, and Emily Stephens.

2. Attached as **Exhibit A** is a true and correct copy of Exhibit 99.1 to Star Bulk Carriers Corp.'s SEC Form 6-K filing of July 15, 2014.

3. Attached as **Exhibit B** is a true and correct copy of *Rosenquist* v. *Economou*, No. 2010-002, slip opinion (Sup. Ct. Marshall Islands Oct. 3, 2011).

4. Attached as **Exhibit C** is a true and correct copy of 52 Marshall Islands Rev. Code Part I, § 13.

5. Attached as **Exhibit D** is a true and correct copy of an excerpt of Exhibit 99.1 to Star Bulk Carriers Corp.'s SEC Form 6-K filing of June 20, 2008.

6. Attached as **Exhibit E** is a true and correct copy of an excerpt of Exhibit 99.4 to Star Bulk Carriers Corp.'s SEC Form 6-K filing of September 8, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2015
New York, New York

_____
Gregory F. Laufer