UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>PETROS PAPPAS, *et al.*,<br><br>　　　　　Defendants<br><br>　　and<br><br>STAR BULK CARRIERS CORP.,<br><br>　　　　　Nominal Defendant | No. 14-cv-09356 (AT) (MHD) |

**DECLARATION OF BENJAMIN KAUFMAN IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

BENJAMIN Y. KAUFMAN declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am admitted to practice before this Court and am a member of the law firm of Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016, counsel for Plaintiff F5 Capital ("Plaintiff" or "F5").

2. Attached as **Exhibit A** is a true and correct copy of the July 11, 2014 Shareholder Agreement between Star Bulk and the Pappas Defendants.

3. Attached as **Exhibit B** are true and correct copies of the all of the affidavits of service for all of the Service Defendants filed with the New York State Supreme Court.

2

4.     Plaintiff's counsel is in the process of arranging for service of process on Individual Defendants Renee Kamp, Tom Softeland, Petros Pappas, Stelios Zavvos, Milenia Maria Pappas, Koert Erhardt, and Spyro Capralos.

5.     Plaintiff's counsel is working with British counsel in the UK to arrange for service on Ms. Kemp, a vice president at Oaktree Capital in London.

6.     Plaintiff's counsel has also contacted a foreign translation and process service firm, to coordinate service on Defendants Softeland, Petros Pappas, Milenia Maria Pappas, Erhardt, and Capralos, all of whom work and/or reside in Europe, upon information and belief.

Dated: April 17, 2015
New York, New York

_____
Benjamin Y. Kaufman

/779396