UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>     Plaintiff<br><br>     v.<br><br>PETROS PAPPAS, *et al.*,<br><br>     Defendants<br><br>     and<br><br>STAR BULK CARRIERS CORP.,<br><br>     Nominal Defendant | No. 14-cv-09356 (AT) (MHD) |

# Certificate of Service

I, Jodi Gail Tierney, Consultant Solicitor working on behalf of W Legal Limited of 2nd Floor, The LUC, 3 Minster Court, Mincing Lane, London EC3R 7DD and entitled to practice as a solicitor in England & Wales under the Solicitors Act 1974 (SRA number 27878), and duly instructed as service agent by Wolf Haldenstein Adler Freeman & Herz LLP of 270 Madison Avenue, New York, NY 10016

WILL SAY AS FOLLOWS:-

1. That on Tuesday 21 April 2015 at 13:10 hours I attended at the address of Littlemount, Church Road, Cookham, Maidenhead SL6 9PR, where I personally served RENEE KEMP with:

    a. Letter dated 21 April 2015;
    b. Summons and Complaint; and
    c. Notice of Release

Copies of which are attached hereto and marked "A".

2. That at the time of service RENEE KEMP confirmed her identity to me.

**STATEMENT OF TRUTH**

I believe the facts of this certificate of service are true.

Signed ..................................................

**JODI GAIL TIERNEY**
**SOLICITOR**

DATED THIS 22ND DAY OF APRIL 2015