**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

| | FOUNDED 1888 | 750 B STREET - SUITE 2770 |
|---|---|---|
| LYDIA KEANEY REYNOLDS | 270 MADISON AVENUE | SAN DIEGO, CA 92101 |
| DIRECT DIAL: (212) 545-4668 | NEW YORK, NY 10016 | |
| FACSIMILE: (212) 686-0114 | | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC |
| reynolds@whafh.com | 212-545-4600 | 55 WEST MONROE STREET, SUITE 1111 |
| | | CHICAGO, IL 60603 |

April 29, 2015

**VIA ECF AND EMAIL**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: *F5 Capital v. Pappas, et al.*, No. 1:14-cv-09365-AT

Dear Judge Torres:

  Please be advised that, effective May 1, 2015, I will no longer be associated with Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), and thus seek to withdraw my representation of Plaintiff F5 Capital in the above-referenced action. Mark C. Rifkin and Benjamin Y. Kaufman of Wolf Haldenstein will continue to represent Plaintiff in this action, and no party will be prejudiced whatsoever by this withdrawal.

            Respectfully yours,

            Lydia Keaney Reynolds

/779588

cc: All Counsel (via ECF)
   Nobu Su (via email)

