# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

LYDIA KEANEY REYNOLDS
DIRECT DIAL: (212) 545-4668
FACSIMILE: (212) 686-0114
reynolds@whafh.com

FOUNDED 1888
270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

April 29, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/15

**VIA ECF AND EMAIL**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *F5 Capital v. Pappas, et al.*, No. 1:14-cv-9356 -AT

Dear Judge Torres:

Please be advised that, effective May 1, 2015, I will no longer be associated with Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), and thus seek to withdraw my representation of Plaintiff F5 Capital in the above-referenced action. Mark C. Rifkin and Benjamin Y. Kaufman of Wolf Haldenstein will continue to represent Plaintiff in this action, and no party will be prejudiced whatsoever by this withdrawal.

Respectfully yours,

Lydia Keaney Reynolds

/779588

cc:   All Counsel (via ECF)
      Nobu Su (via email)

GRANTED. The Clerk of Court is directed to remove Lydia Keaney Reynolds's appearance from the docket and name from the ECF distribution list.

SO ORDERED.

Dated: April 30, 2015
       New York, New York

_____
ANALISA TORRES
United States District Judge

