UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION<br><br>       Plaintiff,<br><br>    -against-<br><br>PETROS PAPPAS, *et al.*,<br><br>       Defendants<br><br>    -and-<br><br>STAR BULK CARRIERS CORP.,<br><br>       Nominal Defendant. | No. 14-cv-09356 (AT)(MHD)<br><br>Oral Argument Requested |

**DECLARATION OF TARIQ MUNDIYA IN FURTHER SUPPORT OF THE MONARCH DEFENDANTS' MOTION TO DISMISS**

  TARIQ MUNDIYA declares as follows:

  1. I am a member of the bar of this Court and of Willkie Farr & Gallagher LLP, attorneys for Defendants Monarch Alternative Capital LP, Monarch Alternative Solutions Master Fund Ltd, Monarch Capital Master Partners II-A LP, Monarch Capital Master Partners II LP, Monarch Debt Recovery Master Fund Ltd, Monarch Opportunities Master Fund Ltd, and P Monarch Recovery Ltd. (collectively, "Monarch") and Defendant Roger Schmitz.

  2. I submit this declaration in further support of the Monarch Defendants' Motion to Dismiss the Second and Fourth Causes of Action alleged in the Complaint of F5 Capital.

3. Attached hereto as EXHIBIT 2 are excerpts of Exhibit 99.1 to the Form 6-K dated July 15, 2014 filed by Star Bulk Carriers Corp. ("Star Bulk")[1] with the U.S. Securities and Exchange Commission ("SEC"). This document is publicly available on the SEC's website.

4. Attached hereto as EXHIBIT 3 is a copy of the Form 6-K dated September 3, 2014, without exhibits, filed by Star Bulk with the SEC. This document is publicly available on the SEC's website, and incorporated into paragraph 103 note 1 of the Complaint in this matter.

5. Attached hereto as EXHIBIT 4 are excerpts of Exhibit 99.3 to the Form 6-K dated September 3, 2014 filed by Star Bulk with the SEC. The document is captioned "SENIOR SECURED CREDIT AGREEMENT." The document is publicly available on the SEC's website, and incorporated into paragraph 103 note 1 of the Complaint in this matter.

6. Attached hereto as EXHIBIT 5 are excerpts of Exhibit 99.1 to the Form 6-K dated June 20, 2014 filed by Star Bulk with the SEC. The document is captioned "Proxy Statement." The document is publicly available on the SEC's website, and incorporated into paragraph 67 of the Complaint in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  New York, New York              /s/ Tariq Mundiya
        May 8, 2015                     Tariq Mundiya

---

[1] EXHIBIT 1 was attached to the declaration submitted alongside Monarch's opening memorandum in support of its motion to dismiss. To avoid confusing the exhibits, the numbering of additional exhibits attached to this declaration shall start with EXHIBIT 2.