UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F5 CAPITAL, A CAYMAN ISLANDS CORPORATION,<br><br>                    Plaintiff,<br><br>        -against-<br><br>PETROS PAPPAS, *et al.*,<br><br>                    Defendants,<br><br>        -and-<br><br>STAR BULK CARRIERS CORP.,<br><br>                    Nominal Defendant. | No. 14-cv-09356 (AT) (MHD)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Michael Liskow, hereby respectfully enter an appearance for Plaintiff F5 CAPITAL in the above-captioned action, and request that copies of all papers in this action be served upon me at the address below.

I certify that I am admitted to practice in this Court.

Dated: July 27, 2015

/s/ Michael Liskow
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Tel: 212-545-4600
Fax: 212-545-4653
liskow@whafh.com

*Attorney for Plaintiff*

/781709