**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
F5 CAPITAL, A CAYMAN ISLANDS
CORPORATION,

                    Plaintiff,

      -against-

PETROS PAPPAS; MILENA MARIA PAPPAS;
ROGERSCHMITZ; TOM SOFTELAND;
SPYROS CAPRALOS; KOERT ERHERDT;
RENEE KEMP; RAJATH SOURIE; EMILY
STEPHENS; STELIOS ZAVVOS; OAKTREE
VALUE OPPORTUNITES FUND, L.P.,
OAKTREE OPPORTUNITIES FUND IX
DELAWARE, L.P., OAKTREE CAPITAL
MANAGEMENT, L.P., OAKTREE
OPPORTUNITIES FUND IX (PARALLEL 2),
L.P., MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD., MONARCH CAPITAL
MASTER PARTNERS II-A LP, MONARCH
CAPITAL MASTER PARTNER II LP,
MONARCH DEBT RECOVERY MASTER FUND
LTD., MONARCH OPPORTUNITIES MASTER
FUND LTD., P MONARCH RECOVERY LTD.,
STAR SYNERGY LLC, STAR OMAS LLC;
OAKTREE CAPITAL MANAGEMENT LP;
OAKTREE OBC HOLDINGS LLC; OAKTREE
DRY BULK HOLDINGS LLC; MILLENNIA
LLC; MILLENNIA HOLDINGS LLC; MIRABEL
SHIPHOLDING & INVEST LIMITED; MIRACH
SHIPPING COMPANY LIMITED; BLUESEA
OCEANBULK SHIPPING LLC; HERON
VENTURES LTD.; and OCEANBULK
CARRIERS LLC,

                    Defendants.

      -and-

STAR BULK CARRIERS CORP.,
                Nominal Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 02/18/2016

14 **CIVIL** 9356 (AT)

**<u>JUDGMENT</u>**

Plaintiff, F5Capital, having brought shareholder derivative claims on behalf of Star Bulk Carriers Corporation ("Star Bulk") and a direct claim against Defendants, Star Bulk directors and other individuals and corporations affiliated with Star Bulk, and Defendants having filed three motions to dismiss: one joint on behalf of all Defendants, and two motions on behalf of certain groups of Defendants, and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, on February 17, 2016, having rendered its Memorandum and Order granting Defendants' joint motion to dismiss the complaint , and denying the remaining motions as moot; and directing the Clerk of Court to terminate the motions at ECF Nos. 45, 49, and 63, and to close the case,  it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 17, 2016, Defendants' joint motion to dismiss the complaint is granted, and the remaining motions to dismiss are denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York
         February 18, 2016

**BY:**

**RUBY J. KRAJICK**
_____
**Clerk of Court**

*K. Mango*
_____
**Deputy Clerk**